GIBSON, DUNN & CRUTCHER LLP
PETER S. MODLIN, SBN 151453
PModlin@gibsondunn.com
LAUREN G. ESCHER, SBN 291454
LEscher@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

Attorneys for Defendant
McDONALD'S CORPORATION

ASCENSION LAW GROUP
PAMELA TSAO (266734)
2030 E. 4th Street, Suite 205
Santa Ana, CA 92705
PH: 714.783.4220
FAX: 888.505.1033
Pamela.Tsao@ascensionlawgroup.com

Attorneys for Plaintiff
JOHN HO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HO, an individual<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>McDONALD'S CORPORATION, a California corporation<br><br>　　　　　　Defendants. | CASE NO. 4:15-cv-02970-DMR<br><br>**JOINT STIPULATION TO SET ASIDE DEFAULT**<br><br>Action Filed: June 25, 2015 |

Gibson, Dunn &
Crutcher LLP

JOINT STIPULATION TO SET ASIDE DEFAULT
CASE NO. 4:15-CV-02970-DMR

# **STIPULATION**

Defendant McDonald's Corporation ("Defendant") and Plaintiff John Ho ("Plaintiff") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff filed his Complaint on June 25, 2015;

WHEREAS, the Court Clerk entered default as to Defendant on August 25, 2015;

WHEREAS, Defendant asserts that it was not served with the Complaint or summons.

**IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:**

1. The Parties agree to set aside clerk's entry of default as to Defendant;

2. Defendant accepts service of the Complaint through its counsel;

3. The deadline for Defendant to respond to the Complaint shall be September 21, 2015.

Dated: September 2, 2015

GIBSON, DUNN & CRUTCHER
LAUREN G. ESCHER

By _____/s/ Lauren G. Escher_____
         Lauren G. Escher

Attorneys for Defendant
McDONALD'S CORPORATION

Dated: September 2, 2015

ASCENSION LAW GROUP
PAMELA TSAO

By _____/s/ Pamela Tsao_____
         Pamela Tsao

Attorneys for Plaintiff
JOHN HO

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: September 8, 2015            By: _____

IT IS SO ORDERED
Judge Donna M. Ryu
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA