UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HO,<br><br>        Plaintiff,<br><br>    v.<br><br>MCDONALD'S CORPORATION, et al.,<br><br>        Defendants. | Case No.  15-cv-02970-DMR<br><br>**ORDER TO SUBMIT JOINT STATUS REPORT** |

The court has received the parties' joint case management statement.  [Docket No. 25.] The parties shall submit a further joint status report by no later than February 5, 2015.

**IT IS SO ORDERED.**

Dated: December 7, 2015



Donna M. Ryu
United States Magistrate Judge